CITIBANK
500 Summit Lake DR
STE 4A
Valhalla, NY 10595


Comenity Bank Retail
2365 Northside Drive
Suite 300
San Diego, CA 92108


Capital One
120 Corporate Blvd
Suite 100
Northfolk, VA 23502

CITI Bank
Capital One
120 Corporate Blvd
Suite 100
Northfolk, VA 23502

Capital One
120 Corporate Blvd
Suite 100
Northfolk, VA 23502

SYNCB/TJX
PO BOX 965015
ORLANDO, FL 32896

Sallie Mae
PO BOX 3229
Wilmington, DE 19804

PNC Bank
POB 3180
Pittsburgh, PA 15230

Kohl's
PO BOX 3115
Milwaukee, WI 53201

Macys
PO BOX 8218
Mason, OH 45050


Discover
PO Box 15316
Wilmington, DE19850-5316


DEPT OF ED/NELNET
3015 Parker RD
Suite 400
Aurora, CO 80014


DEPT OF ED/NELNET
3015 Parker RD
Suite 400
Aurora, CO 80014

DEPT OF ED/NELNET
3015 Parker RD
Suite 400
Aurora, CO 80014

DEPT OF ED/NELNET
3015 Parker RD
Suite 400
Aurora, CO 80014

CITICARDS CBNA
POB 6241
Sioux Falls, SD 57117

Chase/BANK ONE
PO BOX 15298
Wilmington, DE 19850

Chase/BANK ONE
PO BOX 15298
Wilmington, DE 19850

Chase/BANK ONE
PO BOX 15298
Wilmington, DE 19850


Chase Corporation
Po box 24696
Columbus, OH 43224


Barclays Bank of Delware
125 S West St
Wilmington, DE 19801


Home Depot Credit Services
PO Box 790328
ST Louis, MO 63179


Greentrust
303 2nd street
Suite 750 South
San Francisco, CA 94107

Greentrust
Po box 340
Hays, MT 59527


Best Buy
PO BOX 30253
Salt Lake City, UT 84130

Direct TV
PO Box 78626
Phoenix, AZ 85062

Verizon
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

David J. Apthaker,
520 Fellowship Road Suite C306
PO BOX 5496
Mt. Laurel, NJ 08054



Fredric Weinberg

375 E Elm ST Suite 210
Conshohocken, PA 19428


Midland Funding LLC
2365 Northside DR STE 300
Sand Diego, CA 92108

Ian Winograd
508 Prudential Rd
Suite 200-B
Horsham, PA 19044

Discover Bank
6500 New Albany Rd
New Albany, OH 43054

Matthew Urban
Weltman Weinsburg Reis CO LPA
436 Seventh Ave Suite 2500
Pittsburgh, PA 15219

PNC Bank
2 E Main Street
Uniontown, PA 15401

CITI Bank
500 Summit Lake Drive
STE 400
Valhalla, NY 10595