# Notice Recipients

| District/Off: 0315−2 | User: culy | Date Created: 4/24/2018 |
|---|---|---|
| Case: 18−21424−GLT | Form ID: 309A | Total: 35 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Amanda Jean Thomas | 303 Lake Front Rd | PO Box 157 | Perryopolis, PA 15473 | |
| ust | Office of the United States Trustee | Liberty Center. | 1001 Liberty Avenue, Suite 970 | Pittsburgh, PA 15222 | |
| tr | Robert H. Slone, Trustee | 223 South Maple Avenue | Greensburg, PA 15601 | | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | | |
| smg | Pennsylvania Dept. of Revenue | Department 280946 | P.O. Box 280946 | ATTN: BANKRUPTCY DIVISION | Harrisburg, PA 17128−0946 |
| 14809977 | Barclays Bank of Delware | 125 S West St | Wilmington, DE 19801 | | |
| 14809981 | Best Buy | PO BOX 30253 | Salt Lake City, UT 84130 | | |
| 14810019 | CITI Bank | 500 Summit Lake Drive | STE 400 | Valhalla, NY 10595 | |
| 14809927 | CITI Bank | Capital One | 120 Corporate Blvd, Ste 100 | Northfolk, VA 23502 | |
| 14809924 | CITIBANK | 500 Summit Lake DR | STE 4A | Valhalla, NY 10595 | |
| 14809974 | CITICARDS CBNA | POB 6241 | Sioux Falls, SD 57117 | | |
| 14809926 | Capital One | 120 Corporate Blvd | Suite 100 | Northfolk, VA 23502 | |
| 14809976 | Chase Corporation | Po box 24696 | Columbus, OH 43224 | | |
| 14809975 | Chase/BANK ONE | PO BOX 15298 | Wilmington, DE 19850 | | |
| 14809925 | Comenity Bank Retail | 2365 Northside Drive | Suite 300 | San Diego, CA 92108 | |
| 14809935 | DEPT OF ED/NELNET | 3015 Parker RD | Suite 400 | Aurora, CO 80014 | |
| 14809984 | David J. Apthaker, | 520 Fellowship Road Suite C306 | PO BOX 5496 | Mt. Laurel, NJ 08054 | |
| 14809982 | Direct TV | PO Box 78626 | Phoenix, AZ 85062 | | |
| 14809934 | Discover | PO Box 15316 | Wilmington, DE 19850−5316 | | |
| 14809988 | Discover Bank | 6500 New Albany Rd | New Albany, OH 43054 | | |
| 14809985 | Fredric Weinberg | 375 E Elm ST Suite 210 | Conshohocken, PA 19428 | | |
| 14809980 | Green trust | Po box 340 | Hays, MT 59527 | | |
| 14809979 | Greentrust | 303 2nd street | Suite 750 South | San Francisco, CA 94107 | |
| 14809978 | Home Depot Credit Services | PO Box 790328 | ST Louis, MO 63179 | | |
| 14809987 | Ian Winograd | 508 Prudential Rd | Suite 200−B | Horsham, PA 19044 | |
| 14809932 | Kohl's | PO BOX 3115 | Milwaukee, WI 53201 | | |
| 14809933 | Macys | PO BOX 8218 | Mason, OH 45050 | | |
| 14810017 | Matthew Urban | Weltman Weinsburg Reis COLPA | 436 Seventh Ave Suite 2500 | Pittsburgh, PA 15219 | |
| 14809986 | Midland Funding LLC | 2365 Northside DR STE 300 | Sand Diego, CA 92108 | | |
| 14810018 | PNC Bank | 2 E Main Street | Uniontown, PA 15401 | | |
| 14809931 | PNC Bank | POB 3180 | Pittsburgh, PA 15230 | | |
| 14810888 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | | |
| 14809929 | SYNCB/TJX | PO BOX 965015 | ORLANDO, FL 32896 | | |
| 14809930 | Sallie Mae | PO BOX 3229 | Wilmington, DE 19804 | | |
| 14809983 | Verizon | 500 Technology Drive | Suite 550 | Weldon Spring, MO 63304 | |

TOTAL: 35