FILED
6/5/18 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Amanda Jean Thomas,

Debtor.

Amanda Jean Thomas,

Movant

V.

(none)

No Respondent.

BANKRUPTCY NO: 18-21424-GLT

**CHAPTER 7**

Related Dkt. No. 15

## ORDER

AND NOW, to wit, this ___5th___ day of ___June___ 2018 upon consideration of Debtor's Motion to Reconsider and being otherwise sufficiently advised, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

[ x ] Debtor's Motion to Reconsider is **GRANTED.** Debtor may proceed with her Chapter 7 case without paying the Chapter 7 filing fees. However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[   ] Debtor's Motion to Reconsider is **GRANTED.** A hearing to consider Debtor's Motion will be held on _____ at _____ AM / PM at _____
_____. If Debtor does not appear, the Court may deny Debtor's Motion.

[   ] Debtor's Motion is **DENIED.**

PREPARED BY: AMANDA JEAN THOMAS, DEBTOR.

Date: __6/5/18__

By the Court: _____
GREGORY L. TADDONIO ct
UNITED STATES BANKRUPTCY COURT

cm: Amanda Jean Thomas