# Notice Recipients

District/Off: 0315−2        User: culy        Date Created: 6/5/2018
Case: 18−21424−GLT        Form ID: pdf900        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Amanda Jean Thomas        303 Lake Front Rd        PO Box 157        Perryopolis, PA 15473

TOTAL: 1

Case 18-21424-GLT    Doc 19-1    Filed 06/05/18    Entered 06/05/18 17:09:32    Desc BNC
PDF Notice: Notice Recipients    Page 1 of 1