UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# **MEMORANDUM**

TO:        Amanda Jean Thomas   Bky. No. 18-21424 GLT

FROM:   Lylenn Fox, Case Adminstrator, US Bankruptcy Court Western District of PA

SUBJECT:  Certificate of Debtor Education

DATE:    July 2, 2018

The Clerk's Office received your Certificate(s) of Debtor Education in the mail today. Please be advised that current Official Bankruptcy Form B423 must be filed, for the debtor(s), within 14 days from the date of this memorandum, to certify the Financial Management Course was completed.

Enclosed are blank form(s) with this Memorandum. Please complete and return these to the Clerk's Office at:

>U.S. Bankruptcy Court
>5414 U.S. Steel Tower
>600 Grant Street
>Pittsburgh, PA  15219

If you have any further questions, please contact the Clerk's Office at 412-644-2700.

Certificate Number: 14751-PAW-DE-031145254

Bankruptcy Case Number: 18-21424



14751-PAW-DE-031145254

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 6, 2018</u>, at <u>5:03</u> o'clock <u>PM PDT</u>, <u>Amanda J Thomas</u> completed a course on personal financial management given <u>by internet</u> by <u>$0$ BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>June 6, 2018</u>                By:   <u>/s/AMEY AIONO</u>

                                          Name: <u>AMEY AIONO</u>

                                          Title: <u>Certified Credit Counselor</u>

RECEIVED
2018 JUL -2 P 12:05
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | § § § **BANKRUPTCY NO: 18-21424-GLT** |
| Amanda Jean Thomas, | § § **CHAPTER 7** |
| Debtor. | § § **RELATED DOCKET NO. _____** |
| | § § **HEARING DATE AND TIME:** |
| | § § N/A |
| | § § **CERTIFICATE OF SERVICE** |
| | § § Filed on behalf of: |
| | § Amanda Jean Thomas, |
| | § Debtor. |
| | § |
| | § Counsel of Record: *Pro Se* |
| | § |
| | § Address for Service: |
| | § |
| | § 303 Lake Front Rd. |
| | § P.O. Box 157 |
| | § Perryopolis, PA 15473 |
| | § Phone: (412) 913-0337 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br><br>Amanda Jean Thomas,<br><br>Debtor. | § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>RELATED DOCKET NO. _____ |

## CERTIFICATE OF SERVICE OF DEBTOR EDUCATION CERTIFICATE

I certify under penalty of perjury that the foregoing Certificate of Debtor Education was served by me on the 29th day of June, 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

> Robert H. Slone – U.S. Trustee
> 223 South Maple Avenue
> Greensburg, PA 15601
>
> Sent Via: USPS First Class Mail

Dated: 6/29/18

By: _____
AMANDA JEAN THOMAS
DEBTOR
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337