# EXHIBITS

AMANDA J THOMAS
PO BOX 157
PERRYOPOLIS PA  15473-0157

# EXHIBIT A

Account Number:    9805287472
Property Address:   303 LAKEFRONT RD
                    WALTERSBURG PA 15488

manda J Thomas:

Home Loans, Inc. recently acquired the servicing of your mortgage loan. In connection with this servicing transf
to provide you with certain information regarding the amount outstanding on your mortgage loan account.

e a debtor in an active bankruptcy case or you received a discharge from the Bankruptcy Court of your pers
ead the below "**Important Message Regarding Borrowers Involved in Bankruptcy**" at the top of the second
ndence.

/2018, our records indicate that RC1 MASTER PARTICIPATION TRUST is the creditor of your loan and the total amount
4.

| | |
|---|---|
| Principal Balance: | $55,769.41 |
| Accrued Interest through 6/12/2018: | $0.00 |
| Fees / Costs*: | $353.78 |
| Escrow / Unapplied*: | -$585.15 |
| al  Account Balance**: | $55,538.04 |

We are not requesting that you pay the entire loan balar
and this is not a payoff statement. If you wish to pay off
entire amount of the loan, please contact us for a pa
statement because that balance may differ because
interest, late charges, servicing fees and other charges
charge for the statement may apply as permitted by st
law.

s/Escrow, if applicable, may include the following amounts: escrow advances, servicing fees and costs,
ction costs that are authorized by statute or by the contract between you and your original creditor.

nterest, late charges and other charges may vary from day to day, the balance of the account on the da
y differ from the total outstanding balance validated by this letter. Accordingly, if you pay the Total Ac
e, an adjustment may be necessary after we receive your payment. We will inform you of adjus
y check for collection. For further information, write us or call 1-800-570-6768.

rty (30) days after you receive this letter to dispute the validity of the amount outstanding or ar
lispute it within that period, we will assume that the amount outstanding is valid.

us, in writing, within thirty (30) days after you receive this letter that you dispute the outstandi
thereof, we will obtain and mail to you or your authorized representative proof of the outstar
outstanding amount will include verification of the outstanding amount, such as documents :
he amount outstanding, a payment history of the account which includes the dates ar
edits, balances and charges concerning the amount outstanding, or a copy of any judgmen
ainst you regarding the account.

t, in writing, within thirty (30) days after you receive this letter, the name and address c
ill furnish you with that information.

ritten requests to the following address:  Caliber Home Loans, Inc., P.O. Box 24610, Oklah