IN THE COURT OF COMMON PLEAS
FAYETTE COUNTY, PENNSYLVANIA
CIVIL DIVISION

DISCOVER BANK

    Plaintiff

# EXHIBIT B

vs.

Civil Action No. 954 OF 2017 GD

AMANDA J THOMAS

PRAECIPE FOR DEFAULT JUDGMENT

TO THE PROTHONTARY:

    Kindly enter Judgment against the Defendant AMANDA J THOMAS above named, in the default of an Answer, in the amount of $9357.87 computed as follows:

| | |
|---|---|
| Amount claimed in Complaint | $9357.87 |
| Less payments / adjustments made | $0.00 |
| Attorney's fees | $0.00 |
| TOTAL | $9357.87 |

    I hereby certify that appropriate Notices of Default, as attached have been mailed in accordance with PA R.C.P. 237.1 on the dates indicated on the Notices.

WELTMAN, WEINBERG & REIS CO., L.P.A.

By: _____
Matthew D. Urban, 90963

30907776 C A Pit JMV

Plaintiff's address is:
c/o WELTMAN, WEINBERG & REIS CO., L.P.A.,
436 7th Ave Ste 2500 Pittsburgh PA 15219-1842

And that the last known address of the Defendant is :
AMANDA J THOMAS
303 LAKE FRON RD
PERRYOPOLIS, PA 15473

FILED
2017 JUN 20 AM 9:44
FAYETTE COUNTY
PROTHONOTARY