# EXHIBIT C

2219882

**The Law Offices of Frederic I. Weinberg & Associates, P.C.**
BY:  Frederic I. Weinberg, Esquire
     Identification No.: 41360
     Joel M. Flink, Esquire
     Identification No.: 41200
375 E. Elm Street, Suite 210
Conshohocken, PA  19428
484/351-0500

FILED
2018 FEB 21 AM 10:04
FAYETTE COUNTY
PROTHONOTARY

---

| | |
|---|---|
| BARCLAYS BANK DELAWARE | COURT OF COMMON PLEAS FAYETTE COUNTY |
| vs. | DOCKET NO. : 2128 OF 2017 |
| AMANDA JEAN THOMAS | |

## PRAECIPE FOR ENTRY OF JUDGMENT FOR WANT OF AN ANSWER, ASSESSMENT OF DAMAGES, VERIFICATION OF ADDRESS AND NON-MILITARY SERVICE

TO THE PROTHONOTARY:

Enter judgment for want of an answer for plaintiff and against defendant(s) AMANDA JEAN THOMAS above named only and assess damages certified to be calculable as a sum certain from the complaint, as follows:

| | |
|---|---:|
| Principal | $4,128.72 |
| Costs (Complaint & Service) | $149.27 |
| Less: Payment on Account | ( $.00) |
| **Total:** | **$4,277.99** |

Understanding the false statements made herein are subject to penalty under 18 Pa.C.S.A. §4904, Unsworn Falsification to Authorities, I verify that:

1. The last known address of the defendant, AMANDA JEAN THOMAS, is: 3635 POPLAR AVE, Pittsburgh PA 15234.

2. The annexed notice(s) of intention to file this praecipe was (were) mailed to all parties, defendant and to their record attorneys, if any, after default occurred, and at least ten days prior to the date of filing of this praecipe.

3. The said defendant(s) is (are) not on active duty in the military service of the United States or otherwise within the coverage of the Servicemembers Civil Relief Act and is (are) over 18 years of age.

AND NOW, this __21__ day of __February__, 20_18_ Judgment is entered in favor of the plaintiff(s) and against defendant(s) by default for want of an answer and damages assessed at the sum of, $4,277.99 as per the above certification.

_____
Prothonotary

The Law Offices of Frederic I. Weinberg
& Associates, P.C.

BY:_____
Frederic I. Weinberg, Esquire
Joel M. Flink, Esquire
Attorney for Plaintiff

**EXHIBIT C**

```
                                          2219882
The Law Offices of Frederic I. Weinberg
  & Associates, P.C.
BY:  Frederic I. Weinberg, Esquire
     Identification No.: 41360
     Joel M. Flink, Esquire
     Identification No.:  41200
375 E. Elm Street, Suite 210
Conshohocken, PA  19428
484/351-0500
```

# EXHIBIT C

---

BARCLAYS BANK DELAWARE              COURT OF COMMON PLEAS
                                    FAYETTE COUNTY

                vs.                 DOCKET NO. : 2128 OF 2017

AMANDA JEAN THOMAS
3635 POPLAR AVE
Pittsburgh PA 15234


### NOTICE

Pursuant to Pa.R.Civ.P. 236 of the Supreme Court of Pennsylvania, you are hereby notified that a judgment has been entered against you in the above proceeding as indicated below.

/X/  **Judgment by Default $4,277.99**
/_/  **Money Judgment $**
/_/  **Judgment on Award of Arbitrators$**
/_/  **Judgment on Verdict$**

IF YOU HAVE ANY QUESTIONS CONCERNING THIS NOTICE, PLEASE CALL ATTORNEYS: FREDERIC I. WEINBERG OR JOEL M. FLINK, ESQUIRES AT THIS TELEPHONE NUMBER: 484/351-0500

*[signature]*

---
PROTHONOTARY