I, Ian Z. Winograd ,ESQUIRE CERTIFY THAT THE NAME AND ADDRESSES OF THE PLAINTIFF AND THE DEFENDANT(S) ARE TRUE AND CORRECT AS DESIGNATED IN THE CASE CAPTION
Ian Z. Winograd , Esq.
Attorney for Plaintiff

PRESSLER and PRESSLER, LLP
Ian Z. Winograd , Esq.
ID# 317465
508 Prudential Rd. Suite 200-B
Horsham, PA 19044
1-888-312-8600

File # T127920

# EXHIBIT D

MIDLAND FUNDING LLC
    Plaintiff

COURT OF COMMON PLEAS
FAYETTE COUNTY, PENNSYLVANIA

VS.

No.: 651 of 2018 DSB

MANDY THOMAS A/K/A AMANDA J THOMAS
    Defendant

2018 MAR 16 AM 10:15
FAYETTE COUNTY PROTHONOTARY
FILED

**PRAECIPE TO RECORD JUDGMENT**

TO THE PROTHONOTARY:

    Kindly enter my appearance for the Plaintiff, MIDLAND FUNDING LLC , and enter Judgment against the Defendant(s), MANDY THOMAS A/K/A AMANDA J THOMAS in the sum of $ 2,442.28 in accordance with the Certified Copy of the Civil Complaint and Judgment entered thereon in the District Court of the Commonwealth of Pennsylvania which is attached hereto plus the cost of obtaining a certified copy of judgment and filing of this Praecipe.

Date: 03/14/18

                                      Ian Z. Winograd , Esq.
                                      Attorney for Plaintiff

T127920

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF FAYETTE



**NOTICE OF JUDGMENT/TRANSCRIPT
CIVIL CASE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-14-3-04 |
| MDJ Name: | Honorable Richard Kasunic II |
| Address: | 3177 Pittsburgh Road<br>PO Box 409<br>Star Junction, PA 15482 |
| Telephone: | 724-736-0570 |

MIDLAND FUNDING LLC
v.
Mandy Thomas A/K/A Amanda J Thomas

Ralph Gulko, Esq.
Pressler and Pressler, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Docket No: MJ-14304-CV-0000237-2017
Case Filed: 9/27/2017

# EXHIBIT D

FILED 2018 MAR 16 AM 10:46 FAYETTE COUNTY PROTHONOTARY

**Disposition Summary** (∝ - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-14304-CV-0000237-2017 | MIDLAND FUNDING LLC | Mandy Thomas A/K/A Amanda J Thomas | Judgment for Plaintiff | 10/27/2017 |

**Judgment Summary**

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| MIDLAND FUNDING LLC | $0.00 | $0.00 | $0.00 |
| Mandy Thomas A/K/A Amanda J Thomas | $0.00 | $2,442.28 | $2,442.28 |

**Judgment Finding** (*Post Judgment)

In the matter of MIDLAND FUNDING LLC vs. Mandy Thomas A/K/A Amanda J Thomas on MJ-14304-CV-0000237-2017, on 10/27/2017 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $2,308.78 | | $2,308.78 |
| Costs | 0.00 | $133.50 | | $133.50 |
| | | | Grand Total: | $2,442.28 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

10-27-17
Date — The Honorable Kasunic II

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

1-30-18
Date — Magisterial District Judge

MDJS 315
Printed: 01/30/2018 8:17:42AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
724-430-1212