Our File No.: 481124
Apothaker Scian P.C.
By: David J. Apothaker, Esquire
Attorney I.D.# 38423
520 Fellowship Road Suite C306, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215
Attorney for Plaintiff

# EXHIBIT E

| | |
|---|---|
| CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A. | COURT OF COMMON PLEAS FAYETTE COUNTY |
| Plaintiff | NO.: 81 of 2018 GD |
| vs. | Civil Action |
| AMANDA THOMAS | |
| Defendant | |

FILED 2018 APR -2 A 9:41 FAYETTE COUNTY PROTHONOTARY

## PRAECIPE FOR DEFAULT JUDGMENT

TO THE PROTHONOTARY:

Kindly enter judgment against Defendant, AMANDA THOMAS, in the default of an Answer, in the amount of $6,809.33 computed as follows:

| | | |
|---|---|---:|
| Amount claimed in complaint: | | $ 6,652.34 |
| Less: | Amount Paid: | (0.00) |
| Plus: | Costs | 156.99 |
| | Attorney fees | 0.00 |
| | TOTAL | $ 6,809.33 |

I certify that Defendant, AMANDA THOMAS, last known address is 303 LAKE FRONT RD PERRYOPOLIS, PA 15473.

David J. Apothaker, Esq.
Attorney for Plaintiff



**OFFICE OF THE PROTHONOTARY**
**COURT OF COMMON PLEAS**

TO:  AMANDA THOMAS
     303 LAKE FRONT RD
     PERRYOPOLIS, PA 15473

# EXHIBIT E

CAVALRY SPV I, LLC, AS ASSIGNEE ) COURT OF COMMON PLEAS OF
OF CITIBANK, N.A.              ) FAYETTE COUNTY
                               )
            Plaintiff          )
                               ) NO.: 81 of 2018 GD
  vs.                          )
                               )        Civil Action
AMANDA THOMAS                  )
                               )
            Defendant          )

FILED 2018 APR -2 A 9: 47 FAYETTE COUNTY PROTHONOTARY

## NOTICE

Pursuant to Rule 236 of the Supreme Court of Pennsylvania, you are hereby notified that a Judgment has been entered against you in the above proceeding as indicated below.

**XX** **JUDGMENT BY DEFAULT**

___ JUDGMENT IN REPLEVIN

___ JUDGMENT BY CONFESSION

___ JUDGMENT FOR POSSESSION

___ JUDGMENT ON AWARD OF ARBITRATORS

___ JUDGMENT ON VERDICT

___ JUDGMENT ON COURT FINDINGS

___ JUDGMENT ON WRIT OF REVIVAL

IF YOU HAVE ANY QUESTIONS CONCERNING THIS NOTICE, PLEASE CALL:

ATTORNEY David J. Apothaker, Esq. at this telephone number: 800-672-0215