### Description of Debtor's Real Property

**Property Address:** 303 Lake Front Road, Perryopolis, PA 15473

**Permanent Parcel Number:** 13-04-0032

# EXHIBIT F

**Legal Description:**

ALL those certain lots of land situate in Franklin Township, Fayette County, Pennsylvania, and numbered as Lots Nos. 1 and 2 of the Spillway Lake Park Plan of Fayette County, Pennsylvania, in Plan Book Volume 7, page 127, bounded and described as follows:

LOT NO. 1 bounded and described as follows:

BEGINNING at the northwest corner of lot, being the northwest corner of the aforesaid Plan of Lots; thence South 76 degrees 41' East, 50 feet to the northwestern corner of Lot No. 2 of said Plan of Lots; thence along the westerly side of said Lot No. 2, South 13 degrees 19' West, 80 feet to the southwestern corner of Lot No. 2 and the northeastern corner of Lot No. 9 of said Plan of Lots; thence along the northerly side of said Lot No. 9, North 76 degrees 41' West, 50 feet to the westerly line of the aforesaid Plan of Lots; thence along the westerly line of said Plan of Lots, North 13 degrees 19' East, 80 feet to the place of beginning.

Lot NO. 2 which is more particularly bounded and described as follows:

BEGINNING at a point at the line of Lot No. 1 of the said plan and the 50 foot public road; thence the distance of 50 feet in an easterly direction to a point at the line of Lot No. 3; thence along the line of Lot No. 3 the distance of 80 feet to a southerly direction to a point; thence west the distance of 50 feet to a point of the line of Lot No. 1; thence North along the line of Lot No. 3 the distance of 80 feet to a point; the place of beginning.