IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>Debtor.<br><br>Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Midland Funding, LLC,<br>Respondent. | § § § § § § § § § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO. _____<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## ORDER

**AND NOW**, to wit, this _____ day of _____, 2018 upon consideration of the foregoing Motion to Avoid Judicial Lien of Midland Funding, LLC Pursuant to 11 U.S.C. §522(f)(1)(A), and any responses and replies thereto, if any, and being otherwise sufficiently advised, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the judicial lien of Midland Funding, LLC, in the Court of Common Pleas of Fayette County, Pennsylvania at docket number 651 of 2018 DSB, in the amount of $2,442.28, be and hereby is, avoided in its entirety and rendered unenforceable. Respondent, Midland Funding, LLC, is hereby directed to take all necessary and proper steps to remove the judgment from the record and shall file a Praecipe to Satisfy the judgment as to Debtor within 30 days of the date of this Order.

PREPARED BY: AMANDA JEAN THOMAS, DEBTOR.

Date: _____    By the Court: _____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge