IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>_____Debtor._____ | § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____ |
| Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Midland Funding, LLC,<br>Respondent. | § § § § § § § § § § § | RELATED DOCKET NO. _____<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the foregoing Motion to Avoid Judicial Lien of Midland Funding, LLC, Notice of Hearing, proposed Order, and any and all other associated documents, were served by me on the 23rd day of July 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Pressler and Pressler, LLP<br>Ian Z. Winograd, Esq.<br>508 Prudential Rd., Suite 200-B<br>Horsham, PA 19044<br><br>Sent Via: USPS First Class Mail |
|---|---|
| Midland Funding, LLC<br>Attention: Officer, Managing Agent, or General Agent<br>2365 Northside Dr. #300<br>San Diego, CA 92108<br><br>Sent Via: USPS First Class Mail ||

Dated: __7/23/18__

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

Page 8 of 9