IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>　　Amanda Jean Thomas,<br><br>　　　　　　　　　Debtor.<br><br>Amanda Jean Thomas,<br><br>　　　　　　Movant<br><br>V.<br><br>Midland Funding, LLC,<br>　　　　　　Respondent. | §§§§§§§§§§§§§§§ | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br><br>RELATED DOCKET NO. _____<br><br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
REGARDING MOTION OF DEBTOR AMANDA JEAN THOMAS
TO AVOID JUDICIAL LIEN OF MIDLAND FUNDING, LLC**

**TO THE RESPONDENT(S):**

　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　You are further instructed to file with the Clerk and serve upon the undersigned a response to the Motion by no later than **August 9, 2018,** in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

　　You should take this Notice and the attached Motion to a lawyer at once.

　　A hearing will be held on **September 20, 2018 at 1:30 P.M.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: July 23th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337