# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: culy | Date Created: 8/20/2018 |
| Case: 18–21424–GLT | Form ID: 318 | Total: 35 |

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
tr    Robert H. Slone, Trustee   robertslone223@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Amanda Jean Thomas          303 Lake Front Rd        PO Box 157        Perryopolis, PA 15473
cr         PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
smg        Pennsylvania Dept. of Revenue        Department 280946        P.O. Box 280946        ATTN: BANKRUPTCY DIVISION        Harrisburg, PA 17128–0946
14809977   Barclays Bank of Delware        125 S West St        Wilmington, DE 19801
14809981   Best Buy        PO BOX 30253        Salt Lake City, UT 84130
14810019   CITI Bank        500 Summit Lake Drive        STE 400        Valhalla, NY 10595
14809927   CITI Bank        Capital One        120 Corporate Blvd, Ste 100        Northfolk, VA 23502
14809924   CITIBANK        500 Summit Lake DR        STE 4A        Valhalla, NY 10595
14809974   CITICARDS CBNA        POB 6241        Sioux Falls, SD 57117
14809926   Capital One        120 Corporate Blvd        Suite 100        Northfolk, VA 23502
14809976   Chase Corporation        Po box 24696        Columbus, OH 43224
14809975   Chase/BANK ONE        PO BOX 15298        Wilmington, DE 19850
14809925   Comenity Bank Retail        2365 Northside Drive        Suite 300        San Diego, CA 92108
14809935   DEPT OF ED/NELNET        3015 Parker RD        Suite 400        Aurora, CO 80014
14809984   David J. Apthaker,        520 Fellowship Road Suite C306        PO BOX 5496        Mt. Laurel, NJ 08054
14809982   Direct TV        PO Box 78626        Phoenix, AZ 85062
14809934   Discover        PO Box 15316        Wilmington, DE 19850–5316
14809988   Discover Bank        6500 New Albany Rd        New Albany, OH 43054
14809985   Fredric Weinberg        375 E Elm ST Suite 210        Conshohocken, PA 19428
14809980   Green trust        Po box 340        Hays, MT 59527
14809979   Greentrust        303 2nd street        Suite 750 South        San Francisco, CA 94107
14809978   Home Depot Credit Services        PO Box 790328        ST Louis, MO 63179
14809987   Ian Winograd        508 Prudential Rd        Suite 200–B        Horsham, PA 19044
14809932   Kohl's        PO BOX 3115        Milwaukee, WI 53201
14809933   Macys        PO BOX 8218        Mason, OH 45050
14810017   Matthew Urban        Weltman Weinsburg Reis COLPA        436 Seventh Ave Suite 2500        Pittsburgh, PA 15219
14809986   Midland Funding LLC        2365 Northside DR STE 300        Sand Diego, CA 92108
14810018   PNC Bank        2 E Main Street        Uniontown, PA 15401
14809931   PNC Bank        POB 3180        Pittsburgh, PA 15230
14810888   PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
14809929   SYNCB/TJX        PO BOX 965015        ORLANDO, FL 32896
14809930   Sallie Mae        PO BOX 3229        Wilmington, DE 19804
14809983   Verizon        500 Technology Drive        Suite 550        Weldon Spring, MO 63304

TOTAL: 33