IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>_____Debtor._____<br><br>Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Midland Funding, LLC,<br>Respondent. | § § § § § § § § § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO.   24<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID JUDICIAL LIEN OF MIDLAND FUNDING, LLC

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien of Midland Funding, LLC filed on July 24, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 28th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

RECEIVED
AUG 30 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>Debtor.<br><br>Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Midland Funding, LLC,<br>Respondent. | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO.    24<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the foregoing Certification of No Objection, and any and all other associated documents, were served by me on the 28th day of August 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| | |
|---|---|
| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Pressler and Pressler, LLP<br>Ian Z. Winograd, Esq.<br>508 Prudential Rd., Suite 200-B<br>Horsham, PA 19044<br><br>Sent Via: USPS First Class Mail |
| Midland Funding, LLC<br>Attention: Officer, Managing Agent, or General Agent<br>2365 Northside Dr. #300<br>San Diego, CA 92108<br><br>Sent Via: USPS First Class Mail ||

Dated: August 28th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337