# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>_____Debtor._____ | § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____ |
| Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Discover Bank,<br>Respondent. | § § § § § § § § § | RELATED DOCKET NO. 26<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien of Discover Bank filed on July 24, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 28th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

RECEIVED
AUG 30 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>　　　　　Debtor.<br><br>Amanda Jean Thomas,<br><br>　　　　　Movant<br><br>V.<br><br>Discover Bank,<br><br>　　　　　Respondent. | §§§§§§§§§§§§§§§§ | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br><br>RELATED DOCKET NO.　26<br><br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

### CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the foregoing Certification of No Objection, and any and all other associated documents, were served by me on the 28th day of August 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Matthew D. Urban<br>Weltman, Weinberg & Reis Co., L.P.A.,<br>436 7th Ave., Suite 2500<br>Pittsburgh, PA 15219-1842<br><br>Sent Via: USPS First Class Mail |
|---|---|
| Discover Bank<br>Attention: Bank Officer<br>502 E. Market Street<br>Greenwood, Delaware 19950<br><br>Sent Via: USPS First Class Mail | |

Dated: August 28th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180360000193976592

Remove ✕

Expected Delivery on

**FRIDAY**
**27** JULY 2018 ⓘ | by **8:00pm** ⓘ

## ⊘ Delivered

July 27, 2018 at 9:57 am
Delivered
SALT LAKE CITY, UT 84130

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌃

**July 27, 2018, 9:57 am**
Delivered
SALT LAKE CITY, UT 84130
Your item was delivered at 9:57 am on July 27, 2018 in SALT LAKE CITY, UT 84130.

**July 27, 2018, 8:44 am**

Available for Pickup
SALT LAKE CITY, UT 84130

**July 27, 2018, 8:39 am**
Arrived at Unit
SALT LAKE CITY, UT 84199

**July 26, 2018, 9:47 am**
Forwarded
GREENWOOD, DE

**July 26, 2018, 8:21 am**
Out for Delivery
GREENWOOD, DE 19950

**July 26, 2018, 8:11 am**
Sorting Complete
GREENWOOD, DE 19950

**July 26, 2018, 7:48 am**
Arrived at Unit
SEAFORD, DE 19973

**July 23, 2018, 4:32 pm**
Departed Post Office
PERRYOPOLIS, PA 15473

**July 23, 2018, 11:58 am**
USPS in possession of item
PERRYOPOLIS, PA 15473

**Product Information**    ⌄

**See Less** ⌃