IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>_____Debtor._____<br><br>Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Barclays Bank Delaware,<br>Respondent. | § § § § § § § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO. 28<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID JUDICIAL LIEN OF BARCLAYS BANK DELAWARE

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien of Barclays Bank Delaware filed on July 24, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 28th, 2018                By: _____
                                        Amanda Jean Thomas, Debtor
                                        303 Lake Front Road
                                        PO Box 157
                                        Perryopolis, PA 15473
                                        (412) 913-0337

RECEIVED
AUG 30 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>Debtor.<br><br>Amanda Jean Thomas,<br><br>Movant<br><br>V.<br><br>Barclays Bank Delaware,<br>Respondent. | § § § § § § § § § § § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br><br>RELATED DOCKET NO.   28<br><br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

### CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the foregoing Certification of No Objection, and any and all other associated documents, were served by me on the 28th day of August 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Frederic I. Weinberg / Joel M. Flink<br>375 E. Elm Street, Suite 210<br>Conshohocken, PA 19428<br><br>Sent Via: USPS First Class Mail |
|---|---|
| Barclays Bank Delaware<br>Attention: Bank Officer<br>125 South West Street<br>Wilmington, DE 19801<br><br>Sent Via: USPS First Class Mail ||

Dated: August 28th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70180360000193976578

Remove ✕

**Expected Delivery on**

**FRIDAY**
**27** JULY 2018 ⓘ

by
**8:00pm** ⓘ

✓ **Delivered**

July 27, 2018 at 7:08 am
Delivered, To Agent
WILMINGTON, DE 19801

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

July 27, 2018, 7:08 am
Delivered, To Agent
WILMINGTON, DE 19801
Your item has been delivered to an agent at 7:08 am on July 27, 2018 in
WILMINGTON, DE 19801.

July 26, 2018, 12:09 pm
Available for Pickup

WILMINGTON, DE 19801

**July 26, 2018, 10:53 am**
Arrived at Unit
WILMINGTON, DE 19801

**July 23, 2018, 4:32 pm**
Departed Post Office
PERRYOPOLIS, PA 15473

**July 23, 2018, 11:58 am**
USPS in possession of item
PERRYOPOLIS, PA 15473

## Product Information ∧

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | See tracking for related item: 9590940235357305487444 (/go/TrackConfirmAction?tLabels=9590940235357305487444) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)