**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § §  § § § § § | **BANKRUPTCY NO: 18-21424-GLT** |
| Amanda Jean Thomas, | § | **CHAPTER 7** |
| Debtor. | § § | **DOCKET NO. _____** |
| Amanda Jean Thomas, | § § | |
| Movant | § | **RELATED DOCKET NO.   30** |
| V. | § § | **HEARING DATE:** |
| Cavalry SPV I, LLC, | § | September 20, 2018 at 1:30 P.M. |
| as assignee of Citibank, N.A. | § | |
| Respondent. | § | |

<u>**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID JUDICIAL LIEN OF
CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A.**</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien of Cavalry SPV I, LLC, as assignee of Citibank, N.A. filed on July 24, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 28th, 2018

By: _Amanda Jean Thomas_

Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

RECEIVED

AUG 30 REC'D

CLERK, U.S. BANKRUPTCY COURT
**WEST DIST. OF PENNSYLVANIA**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § § § § | **BANKRUPTCY NO: 18-21424-GLT** |
| Amanda Jean Thomas, | § § | **CHAPTER 7** |
| Debtor. | § § | **DOCKET NO.** _____ |
| Amanda Jean Thomas, | § § § | **RELATED DOCKET NO.**    30 |
| Movant | § § | |
| V. | § § § | **HEARING DATE:** September 20, 2018 at 1:30 P.M. |
| Cavalry SPV I, LLC, as assignee of Citibank, N.A. | § § | |
| Respondent. | § | |

## CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the foregoing Certification of No Objection, and any and all other associated documents, were served by me on the 28th day of August 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| | |
|---|---|
| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | David J. Apothaker<br>520 Fellowship Road, Suite C306<br>PO Box 5496<br>Mt. Laurel, NJ 08054-5496<br><br>Sent Via: USPS First Class Mail |
| Cavalry SPV I, LLC<br>Attention: Officer, Managing Agent, or General Agent<br>500 Summit Lake Drive<br>Valhalla, NY 10595<br><br>Sent Via: USPS First Class Mail | Citibank, N.A.<br>Attention: Bank Officer<br>388 Greenwich Street<br>New York, NY 10013<br><br>Sent Via: USPS First Class Mail |

Dated: August 28th, 2018

By: _Amanda Jean Thomas_
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337

# USPS Tracking®

FAQs 〉 (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70180360000193976585

Remove ✕

**Expected Delivery by**

# THURSDAY
# 26 JULY 2018 ⓘ | by 8:00pm ⓘ

## ⊘ Delivered

July 26, 2018 at 3:38 pm
Delivered, Front Desk/Reception
NEW YORK, NY 10013

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 26, 2018, 3:38 pm**
Delivered, Front Desk/Reception
NEW YORK, NY 10013
Your item was delivered to the front desk or reception area at 3:38 pm on July 26, 2018 in NEW YORK, NY 10013.

**July 23, 2018, 4:32 pm**
Departed Post Office

PERRYOPOLIS, PA 15473

**July 23, 2018, 11:58 am**
USPS in possession of item
PERRYOPOLIS, PA 15473

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

8/27/2018, 4:25 PM