IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/31/18 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Amanda Jean Thomas,
Debtor,

Amanda Jean Thomas,
Movant

V.

Midland Funding, LLC,
Respondent.

BANKRUPTCY NO: 18-21424-GLT

CHAPTER 7

Related to Dkt. No. 24

HEARING DATE:
September 20, 2018 at 1:30 P.M.

## MODIFIED DEFAULT ORDER

**AND NOW,** to wit, this 31st day of August 2018, upon consideration of the foregoing Motion to Avoid Judicial Lien of Midland Funding, LLC Pursuant to 11 U.S.C. §522(f)(l)(A), and any responses and replies thereto, **if** any, and being otherwise sufficiently advised, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the judicial lien of Midland Funding, LLC, in the Court of Common Pleas of Fayette County, Pennsylvania at docket number 651 of 2018 DSB, in the amount of $2,442.28, be and hereby is, avoided in its entirety and rendered unenforceable. Upon the entry of a discharge order in this case, Respondent, Midland Funding, LLC, is hereby directed to take all necessary and proper steps to remove the judgment from the record and shall file a Praecipe to Satisfy the judgment as to Debtor within 30 days of the date of this Order. The Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by:  __Amanda Jean Thomas__

DEFAULT ENTRY

Dated: __August 31, 2018__

_____  jah
Gregory L. Taddonio
United States Bankruptcy Judge

**Case Administrator to Serve:**
**Amanda Jean Thomas**