**Notice Recipients**

District/Off: 0315−2         User: culy              Date Created: 8/31/2018
Case: 18−21424−GLT      Form ID: pdf900       Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Amanda Jean Thomas          303 Lake Front Rd          PO Box 157          Perryopolis, PA 15473

TOTAL: 1