FILED
8/31/18 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Amanda Jean Thomas,
    Debtor

BANKRUPTCY NO: 18-21424-GLT

CHAPTER 7

Amanda Jean Thomas,
    Movant

v.

Discover Bank
    Respondent.

Related to Dkt. #26

HEARING DATE:
September 20, 2018 at 1:30P.M.

## MODIFIED DEFAULT ORDER

AND NOW, to wit, this 31st day of August, 2018, upon consideration of the foregoing Motion to Avoid Judicial Lien of Discover Bank Pursuant to 11 U.S.C. §522(f)(l)(A), and any responses and replies thereto, if any, and being otherwise sufficiently advised, it is hereby ORDERED, ADJUDGED, AND DECREED that the judicial lien of Discover Banlc, in the Court of Common Pleas of Fayette County, Pennsylvania at docket number 954 of 2017 GD, in the amount of $9,357.87, be and hereby is, avoided in its entirety and rendered unenforceable. Upon the entry of a discharge order in this case, Respondent, Discover Banlc, is hereby directed to take all necessary and proper steps to remove the judgment from the record and shall file a Praecipe to Satisfy the judgment as to Debtor within 30 days of the date of this Order. Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by: __Amanda Jean Thomas__

**DEFAULT ENTRY**

Dated: __August 31, 2018__

_____
Gregory L. Addonio    jah
United States Bankruptcy Judge

Case Administrator to Serve:
Amanda Jean Thomas