IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br><br>Debtor, | § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7 |
| Amanda Jean Thomas,<br><br>Movant<br><br>v.<br><br>Cavalry SPV I, LLC,<br>as assignee of Citibank, N.A.<br>Respondent. | § § § § § § § § § § § § | Related to Docket #30<br><br>HEARING DATE:<br>September 20, 2018 at 1:30 P.M. |

## MODIFIED DEFAULT ORDER

AND NOW, to wit, this 31st day of August, 2018, upon consideration of the foregoing Motion to Avoid Judicial Lien of Cavalry SPV I, LLC, as assignee of Citibank, N.A. Pursuant to 11 U.S.C. §522(f)(l)(A), and any responses and replies thereto, if any, and being otherwise sufficiently advised, it is hereby ORDERED, ADJUDGED, AND DECREED that the judicial lien of Cavalry SPV I, LLC, as assignee of Citibank, N.A., in the Court of Common Pleas of Fayette County, Pennsylvania at docket number 81 of 2018 GD, in the amount of $6,809.33, be and hereby is, avoided in its entirety and rendered unenforceable. Upon the entry of a discharge order in this case, Respondent, Cavalry SPV I, LLC, as assignee of Citibank, N.A., is hereby directed to take all necessary and proper steps to remove the judgment from the record and shall file a Praecipe to Satisfy the judgment as to Debtor within 30 days of the date of this Order. Movant shall serve a copy of this Order on Respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by: __Amanda Jean Thomas__

**DEFAULT ENTRY**

Dated: __August 31, 2018__

_____
Gregory L. Addonio       jah
United States Bankruptcy Judge

Case Administrtor to serve:
Amanda Jean Thomas