FILED
8/31/18 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br>Debtor | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7 |
| Amanda Jean Thomas,<br>Movant<br><br>v.<br><br>Discover Bank<br>Respondent. | Related to Dkt. #26<br><br>HEARING DATE:<br>September 20, 2018 at 1:30P.M. |

## MODIFIED DEFAULT ORDER

AND NOW, to wit, this 31st day of August, 2018, upon consideration of the foregoing Motion to Avoid Judicial Lien of Discover Bank Pursuant to 11 U.S.C. §522(f)(l)(A), and any responses and replies thereto, if any, and being otherwise sufficiently advised, it is hereby ORDERED, ADJUDGED, AND DECREED that the judicial lien of Discover Banlc, in the Court of Common Pleas of Fayette County, Pennsylvania at docket number 954 of 2017 GD, in the amount of $9,357.87, be and hereby is, avoided in its entirety and rendered unenforceable. Upon the entry of a discharge order in this case, Respondent, Discover Banlc, is hereby directed to take all necessary and proper steps to remove the judgment from the record and shall file a Praecipe to Satisfy the judgment as to Debtor within 30 days of the date of this Order. Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by: __Amanda Jean Thomas__

**DEFAULT ENTRY**

Dated: __August 31, 2018__

_____
Gregory L. Addonio            jah
United States Bankruptcy Judge

Case Administrator to Serve:
Amanda Jean Thomas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21424-GLT
Amanda Jean Thomas                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Aug 31, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db             +Amanda Jean Thomas,    303 Lake Front Rd,   PO Box 157,   Perryopolis, PA 15473-0157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 2