IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/31/18 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Amanda Jean Thomas,

Debtor,

Amanda Jean Thomas,

Movant

v.

Cavalry SPV I, LLC,
as assignee of Citibank, N.A.
Respondent.

BANKRUPTCY NO: 18-21424-GLT

CHAPTER 7

Related to Docket #30

HEARING DATE:
September 20, 2018 at 1:30 P.M.

## MODIFIED DEFAULT ORDER

AND NOW, to wit, this 31st day of August, 2018, upon consideration of the foregoing Motion to Avoid Judicial Lien of Cavalry SPV I, LLC, as assignee of Citibank, N.A. Pursuant to 11 U.S.C. §522(f)(l)(A), and any responses and replies thereto, if any, and being otherwise sufficiently advised, it is hereby ORDERED, ADJUDGED, AND DECREED that the judicial lien of Cavalry SPV I, LLC, as assignee of Citibank, N.A., in the Court of Common Pleas of Fayette County, Pennsylvania at docket number 81 of 2018 GD, in the amount of $6,809.33, be and hereby is, avoided in its entirety and rendered unenforceable. Upon the entry of a discharge order in this case, Respondent, Cavalry SPV I, LLC, as assignee of Citibank, N.A., is hereby directed to take all necessary and proper steps to remove the judgment from the record and shall file a Praecipe to Satisfy the judgment as to Debtor within 30 days of the date of this Order. Movant shall serve a copy of this Order on Respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by:  __Amanda Jean Thomas__

**DEFAULT ENTRY**

Dated: __August 31, 2018__

_____
Gregory L. Addonio    jah
United States Bankruptcy Judge

Case Administrtor to serve:
Amanda Jean Thomas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Amanda Jean Thomas  
      Debtor

Case No. 18-21424-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Aug 31, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.  
db            +Amanda Jean Thomas,    303 Lake Front Rd,    PO Box 157,    Perryopolis, PA 15473-0157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com  
                                                                                                                          TOTAL: 2