# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § § § | BANKRUPTCY NO: 18-21424-GLT |
| Amanda Jean Thomas, | § § | CHAPTER 7 |
| Debtor. | § § | RELATED DOCKET NO. 15 |
| Amanda Jean Thomas, | § § | |
| Movant | § § | MOTION TO RESTRICT PUBLIC ACCESS AND REDACT DEBTOR'S SENSITIVE MEDICAL RECORDS |
| V. | § § | |
| (none) | § § | |
| No Respondent. | § § § | |

Filed on behalf of:
Amanda Jean Thomas,
Debtor.

Counsel of Record: *Pro Se*

Address for Service:

303 Lake Front Rd.
P.O. Box 157
Perryopolis, PA 15473
Phone: (412) 913-0337



Page 1 of 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br><br>　　Amanda Jean Thomas,<br><br>　　　　　　　　　Debtor.<br><br>Amanda Jean Thomas,<br><br>　　　　　　　Movant<br><br>V.<br><br>(none)<br>　　　　　　No Respondent. | §§§§§§§§§§§§§§§§ | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>RELATED DOCKET NO. 15 |

### MOTION TO RESTRICT PUBLIC ACCESS AND REDACT
### DEBTOR'S SENSITIVE MEDICAL RECORDS

AND NOW COMES the Debtor, Amanda Jean Thomas, *pro se*, and respectfully moves this Court pursuant to 11 U.S.C. § 105(a) and § 107(a) to restrict public access and redact Debtor's sensitive medical records filed in this case and in support thereof avers as follows:

1. During the course of this proceeding, Debtor filed a *pro se* motion to reconsider the Court's Order denying waiver of her Chapter 7 filing fee. Said Motion was docketed at docket entry 15.

2. Attachment 1 at Docket number 15 includes "Exhibits" in support of the motion which included Debtor's sensitive medical records regarding her cancer treatment. These exhibits contain highly sensitive and personal medical details about Debtor which were provided to the Court to demonstrate Debtor's inability to pay the filing fee.

3. Debtor inadvertently filed these sensitive medical documents without first filing a Motion to file the documents under seal.

4. Debtor therefore requests this Court, pursuant to 11 U.S.C. § 105(a) and § 107(a), issue the attached proposed Order restricting public access and redacting Attachment 1 of Docket Entry 15.

Respectfully Submitted,

*[signature]*
Amanda Jean Thomas, Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>　　　Amanda Jean Thomas,<br>　　　　　　　Debtor.<br><br>Amanda Jean Thomas,<br>　　　　　Movant<br><br>V.<br><br>(none)<br>　　　　　No Respondent. | § § § § § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>RELATED DOCKET NO.　15 |

### CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the foregoing Motion to Restrict Public Access and Redact Debtor's Sensitive Medical Records was served by me on the 12th day of September 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br><br>Sent Via: USPS First Class Mail |
|---|---|

Dated: September 12th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337