# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Amanda Jean Thomas,<br><br>　　　　　　　　　Debtor.<br><br>Amanda Jean Thomas,<br><br>　　　　　　Movant<br><br>V.<br><br>(none)<br>　　　　　　No Respondent. | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>RELATED DOCKET NO. 15 |

## ORDER

AND NOW, to wit, this _____ day of _____ 2018 upon consideration of Debtor's Motion to Restrict Public Access and Redact Debtor's Sensitive Medical Records and being otherwise sufficiently advised, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Debtor's Motion is **GRANTED**. The Clerk of Court shall restrict public access to Attachment 1 of Docket entry 15.

PREPARED BY: AMANDA JEAN THOMAS, DEBTOR.

Date: _____                By the Court: _____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory L. Taddonio
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge