IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br>    Debtor.<br><br>Amanda Jean Thomas,<br>    Movant<br><br>V.<br><br>Midland Funding, LLC,<br>    Respondent. | § § § § § § § § § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO.    38 |

**CERTIFICATE OF SERVICE**

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the Modified Default Order at Docket No 38, was served by me on the 12th day of September 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Pressler and Pressler, LLP<br>Ian Z. Winograd, Esq.<br>508 Prudential Rd., Suite 200-B<br>Horsham, PA 19044<br><br>Sent Via: USPS First Class Mail |
|---|---|
| Midland Funding, LLC<br>Attention: Officer, Managing Agent, or General Agent<br>2365 Northside Dr. #300<br>San Diego, CA 92108<br><br>Sent Via: USPS First Class Mail | U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br><br>Sent Via: USPS First Class Mail |

Dated: September 12, 2018      By: _____
                     Amanda Jean Thomas, Debtor
                     303 Lake Front Road
                     PO Box 157
                     Perryopolis, PA 15473
                     (412) 913-0337

[Received stamp: U.S. BANKRUPTCY COURT, PITTSBURGH, 2018 SEP 13 P 12:41, RECEIVED]