IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br>    Debtor.<br><br>Amanda Jean Thomas,<br>    Movant<br>V.<br><br>Discover Bank,<br>    Respondent. | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO.   39 |

## CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the Modified Default Order at Docket No 39, was served by me on the 12th day of September 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| | |
|---|---|
| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Matthew D. Urban<br>Weltman, Weinberg & Reis Co., L.P.A.,<br>436 7th Ave., Suite 2500<br>Pittsburgh, PA 15219-1842<br><br>Sent Via: USPS First Class Mail |
| Discover Bank<br>Attention: Bank Officer<br>502 E. Market Street<br>Greenwood, Delaware 19950<br><br>Sent Via: USPS First Class Mail | U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br><br>Sent Via: USPS First Class Mail |

Dated: September 12th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337