IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | § | |
|---|---|---|
| Amanda Jean Thomas, Debtor. | § § § § § | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7 |
| Amanda Jean Thomas, Movant | § § | DOCKET NO. _____ |
| V. | § § § | RELATED DOCKET NO. 40 |
| Barclays Bank Delaware, Respondent. | § § § | |

## CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the Modified Default Order at Docket No 40, was served by me on the 12th day of September 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | Frederic I. Weinberg / Joel M. Flink<br>375 E. Elm Street, Suite 210<br>Conshohocken, PA 19428<br><br>Sent Via: USPS First Class Mail |
|---|---|
| Barclays Bank Delaware<br>Attention: Bank Officer<br>125 South West Street<br>Wilmington, DE 19801<br><br>Sent Via: USPS First Class Mail | U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br><br>Sent Via: USPS First Class Mail |

Dated: September 12th, 2018

By: _____
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337