IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>Amanda Jean Thomas,<br>　　　　　Debtor.<br><br>Amanda Jean Thomas,<br>　　　　　Movant<br><br>V.<br><br>Cavalry SPV I, LLC,<br>as assignee of Citibank, N.A.<br>　　　　　Respondent. | §§§§§§§§§§§§§§§ | BANKRUPTCY NO: 18-21424-GLT<br><br>CHAPTER 7<br><br>DOCKET NO. _____<br><br>RELATED DOCKET NO.　41 |

### CERTIFICATE OF SERVICE

I, Amanda Jean Thomas, hereby certify under penalty of perjury that the Modified Default Order at Docket No 41, was served by me on the 12th day of September 2018, by depositing true and correct copies of the same in the United States Mail, postage pre-paid, addressed to:

| Robert H. Slone – U.S. Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601<br><br>Sent Via: USPS First Class Mail | David J. Apothaker<br>520 Fellowship Road, Suite C306<br>PO Box 5496<br>Mt. Laurel, NJ 08054-5496<br><br>Sent Via: USPS First Class Mail | U.S. Trustee<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br><br>Sent Via: USPS First Class Mail |
|---|---|---|
| Cavalry SPV I, LLC<br>Attention: Officer, Managing Agent, or General Agent<br>500 Summit Lake Drive<br>Valhalla, NY 10595<br><br>Sent Via: USPS First Class Mail | Citibank, N.A.<br>Attention: Bank Officer<br>388 Greenwich Street<br>New York, NY 10013<br><br>Sent Via: USPS First Class Mail | |

Dated: September 12th, 2018

By: _Amanda Jean Thomas_ (signature)
Amanda Jean Thomas, Debtor
303 Lake Front Road
PO Box 157
Perryopolis, PA 15473
(412) 913-0337