# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
)
)
Amanda Jean Thomas  )
)  Bankruptcy No. 18-21424-GLT
)
)
**Filing Party Name:**  )
Amanda Jean Thomas  )
)

## Request for Filing Fee

The Clerk received a Motion To Restrict Public Access and Redact Debtor's Sensitive Medical Records in the above referenced case on 09/13/2018.

The proper filing fee did not accompany this document. Debtors are not permitted to submit personal checks. A cashier's check or money order in the amount of $25.00 payable to Clerk, United States Bankruptcy Court must be submitted within seven days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

Michael R. Rhodes, Clerk
United States Bankruptcy Court
Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Date: September 13, 2018

By: Gerri Lynn Brown
Deputy Clerk

**Instructions for Deputy Clerk:**
Original and copy to filing party
Copy attached to document
Copy to Financial Administrator

Filing Fee Paid: $
Receipt No.

#92e-I