IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/14/18 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

Amanda Jean Thomas,

                Debtor.

Amanda Jean Thomas,

                Movant

V.

(none)

                No Respondent.

BANKRUPTCY NO: 18-21424-GLT

CHAPTER 7

RELATED DOCKET NO. 15 and 46

## MODIFIED ORDER

AND NOW, to wit, this __14th__ day of _September_ 2018 upon consideration of Debtor's Motion to Restrict Public Access and Redact Debtor's Sensitive Medical Records and being otherwise sufficiently advised, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Debtor's Motion is **GRANTED.** The Clerk of Court shall restrict public access to pages 2 and 3 of Exhibit "1" attached to the *Motion to Reconsider Order Denying Application to Waive Chapter 7 Filing Fee* Filed by Debtor at Document Number 15.

PREPARED BY: AMANDA JEAN THOMAS, DEBTOR.

Date:  9/14/18

cm Amanda Jean Thomas

By the Court: *[signature]*
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge