**Notice Recipients**

District/Off: 0315−2         User: culy              Date Created: 9/14/2018
Case: 18−21424−GLT           Form ID: pdf900         Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Amanda Jean Thomas          303 Lake Front Rd          PO Box 157          Perryopolis, PA 15473

TOTAL: 1