IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/14/18 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

    Amanda Jean Thomas,

                            Debtor.

Amanda Jean Thomas,

                            Movant

V.

(none)

                       No Respondent.

**BANKRUPTCY NO: 18-21424-GLT**

**CHAPTER 7**

**RELATED DOCKET NO. 15** and 46

## MODIFIED ORDER

AND NOW, to wit, this ___14th___ day of __September__ 2018 upon consideration of Debtor's Motion to Restrict Public Access and Redact Debtor's Sensitive Medical Records and being otherwise sufficiently advised, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Debtor's Motion is **GRANTED.** The Clerk of Court shall restrict public access to  pages 2 and 3 of Exhibit "1" attached to the *Motion to Reconsider Order Denying Application to Waive Chapter 7 Filing Fee* Filed by Debtor at Document Number 15.

PREPARED BY: AMANDA JEAN THOMAS, DEBTOR.

Date: ___9/14/18___

cm Amanda Jean Thomas

By the Court: _____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-21424-GLT
Amanda Jean Thomas                                                              Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: culy              Page 1 of 1          Date Rcvd: Sep 14, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +Amanda Jean Thomas,    303 Lake Front Rd,    PO Box 157,    Perryopolis, PA 15473-0157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 2